

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,774-01

**EX PARTE CHARLES LEE LEVAN JR., Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 11625 (A) IN THE 29TH DISTRICT COURT
## FROM PALO PINTO COUNTY

*Per curiam. Yeary, J., filed a concurring opinion joined by Keller, P.J., and Slaughter, J.*

### O R D E R

Applicant was convicted of murder and sentenced to thirty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction on April 4, 2022, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On May 4, 2022, the trial court entered an order designating issues. However, it appears that the application was forwarded before the trial court made findings of fact and conclusions of law resolving the disputed factual issues. This application is remanded to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's

findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: May 25, 2022
Do not publish